# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Crim No. 12-CR-00124 (JDB) |
| | : | |
| **v.** | : | |
| | : | |
| **DANITA DOLEMAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this Notice of Withdrawal as Counsel. Please take notice that Assistant United States Attorney Bridget Fitzpatrick is no longer counsel of record for the United States of America in these proceedings. Please withdraw Bridget Fitzpatrick's appearance.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
for the District of Columbia

By: _____/s/_____
BRIDGET FITZPATRICK
DC Bar No. 474946
Assistant United States Attorney
555 4th Street, N.W., Room 3126
Washington, DC 20530
(202) 252-7340
Bridget.Fitzpatrick@usdoj.gov